JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EMILY KAUFMAN, an individual; and THE TRAVEL MOM, INC., a California corporation;<br><br>        Plaintiffs,<br><br>        v.<br><br>KIMBERLY ORLANDO, an individual; TRAVELING MOM, LLC, a Connecticut limited liability company; DWJ TELEVISION, INC., a New Jersey corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV10-08139 DDP (CWx)<br><br>**PERMANENT INJUNCTION ORDER ON CONSENT** |

    The Court, having read and considered the Stipulation for Entry of Permanent Injunction Order on Consent that has been executed by plaintiffs EMILY KAUFMAN and THE TRAVEL MOM, INC. (collectively, "Plaintiffs") and defendants KIMBERLY ORLANDO ("ORLANDO") and TRAVELING MOM, LLC ("TML"), in this action, and good cause appearing therefore;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    1.    That defendants KIMBERLY ORLANDO and TRAVELING MOM, LLC and their respective officers, directors, agents, principals, divisions, servants, employees, subsidiaries, successors and assigns, be and hereby are permanently enjoined from:

a) distributing any materials in conjunction with advertising, promoting, marketing, offering for sale, selling, displaying or otherwise performing Defendants' services as a public spokesperson (including without limitation on radio or television or on the internet) or in newspaper or magazine columns with respect to travel-related topics that do not, in a first dominant position, identify defendant KIMBERLY ORLANDO as the founder of TRAVELINGMOM.COM or founder of TRAVELING MOM, LLC; or

b) referring to ORLANDO or any third party on the TML Website or in connection with Defendants' services as a public spokesperson (including without limitation on radio or television or on the internet) or in newspaper or magazine columns with respect to travel-related topics as the "THE TRAVELING MOM," "TRAVEL MOM" or "THE TRAVEL MOM," as distinguished from descriptive phrases such as "a traveling mom" or "traveling mom," which are permissible; or

c) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) and (b), above.

**In addition, the Scheduling Conference set for March 28, 2011 is VACATED.**

DATED: March 18, 2011

_____
Hon. Dean D. Pregerson
U.S. District Judge